IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CLASSIC SPA & TUB CO., NATIONWIDE MUTUAL INSURANCE COMPANY, and AMCO INSURANCE COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>GREE USA, INC., and MJC AMERICA, LTD.,<br><br>Defendants. | 4:24CV3010<br><br>**DISMISSAL ORDER** |

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. ([Filing No. 63](Filing No. 63).). Having considered the matter, the Court will accept the Joint Stipulation.

Accordingly,

**IT IS ORDERED** that this case is dismissed with prejudice, with the parties to bear their own attorney's fees and costs.

Dated this 30th day of January, 2025.

BY THE COURT:

Susan M. Bazis
United States District Judge